U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 2 9 2012

TONY R. MOORE, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CLW (XXX-XX-4727)       CIVIL ACTION NO. 11-cv-0301

VERSUS      JUDGE FOOTE

MICHAEL J. ASTRUE, COMMISSIONER      MAGISTRATE JUDGE HORNSBY
OF SOCIAL SECURITY ADMINISTRATION

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and remanded for further proceedings consistent with the court's decision.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___29th___ day of ___August___, 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE